# United States District Court for the EASTERN DISTRICT OF CALIFORNIA

United States of America vs.

**DEFENDANT:** DONALD LEE CALHOUN

**DOCKET NO.:** Cr. S-82-9

## JUDGMENT AND PROBATION/COMMITMENT ORDER
AO-245 (6/74)

**COUNSEL**

In the presence of the attorney for the government the defendant appeared in person on this date — **MONTH:** December **DAY:** 3 **YEAR:** 1982

[ ] WITHOUT COUNSEL — However the court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the court and the defendant thereupon waived assistance of counsel.

[X] WITH COUNSEL — Thomas W. Bell, Esq. (Name of counsel)

**PLEA**

[ ] GUILTY, and the court being satisfied that there is a factual basis for the plea,    [ ] NOLO CONTENDERE,    [X] NOT GUILTY

**FINDING & JUDGMENT**

There being a finding/verdict of
[ ] NOT GUILTY. Defendant is discharged
[X] GUILTY.

Defendant has been convicted as charged of the offense(s) of Violation of Title 18 USC 2113(a)(d) - Armed Bank Robbery Attempt as Charged in the Indictment.

**SENTENCE OR PROBATION ORDER**

The court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the court, the court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of TWENTY-FIVE (25) YEARS pursuant to 4205(a).

FILED
DEC 3 - 1982
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**SPECIAL CONDITIONS OF PROBATION**

**ADDITIONAL CONDITIONS OF PROBATION**

In addition to the special conditions of probation imposed above, it is hereby ordered that the general conditions of probation set out on the reverse side of this judgment be imposed. The Court may change the conditions of probation, reduce or extend the period of probation, and at any time during the probation period or within a maximum probation period of five years permitted by law, may issue a warrant and revoke probation for a violation occurring during the probation period.

**COMMITMENT RECOMMENDATION**

The court orders commitment to the custody of the Attorney General and recommends,

It is ordered that the Clerk deliver a certified copy of this judgment and commitment to the U.S. Marshal or other qualified officer.

**SIGNED BY**
[X] U.S. District Judge
[ ] U.S. Magistrate

SHERRILL HALBERT    Date 12-3-82