FILED

MAR 4 1994

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.

DONALD LEE CALHOUN,

    Defendant.
_____/

No. CR S-82-0009 LKK

ORDER RE: DEFENDANT'S MOTION
TO AMEND PRISON RECORDS TO
REFLECT NAME CHANGE

    Defendant, a federal prisoner, moves for an order directing the Bureau of Prisons to amend its records to reflect his name change.

    The Circuit Court of the State of Oregon for the County of Yamhill entered an Order and Decree May 18, 1993 changing the name of Donald Lee Calhoun to Isma'il 'Ubaid-Allah, as provided for by the laws of the State of Oregon.

    Therefore, IT IS HEREBY ORDERED that the Bureau of Prisons amend all prison documents to reflect the change of name.

DATED: March 4, 1994.

                                                            /s/ Lawrence K. Karlton
                                                           LAWRENCE K. KARLTON
                                                           CHIEF JUDGE EMERITUS
                                                           UNITED STATES DISTRICT COURT

AO 72
(Rev.8/82)

UNITED STATES DISTRICT COURT
Eastern District of California
650 Capitol Mall
Sacramento, CA 95814
**CERTIFICATE OF SERVICE**

**FILED**
MAR 4 1994
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
VS. )   CR.S 82-0009 LKK
)
Donald Lee Calhoun )
)
_____)

I, the undersigned, hereby certify that I am an employee in the office of the Clerk, U.S. District Court, Eastern District of California

That on 3/4/94, I served a copy of the attached order by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail at Sacramento California, or by placing said copy into an inter-office delivery receptable located in the Clerk's office.

**SERVICE BY MAIL**
Donald Lee Calhoun
Reg No. 00259-097
PO Box 5000
Sheridan, Ore.  97378-5000

Mr Boatwright
Inmate System Management
Federal Correctional Institute
PO Box 5000
Sheridan, Ore.  97378-5000

**SERVED BY INTER-OFFICE**

**AFD**

**AUSA**

**US MARSHAL**

**PROBATION**

**PRETRIAL SERVICES**

**CHAMBERS** SJ/LKK

JACK L. WAGNER, CLERK

by:_____
Deputy Clerk