UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    v.<br><br>ISMA'IL UBAID-ALLAH, a.k.a.<br>Donald Lee Calhoun,<br><br>    Defendant. | No.  2:82-cr-9-JAM<br><br>**ORDER DENYING DEFENDANT'S MOTION; APPOINTING THE FEDERAL DEFENDER'S OFFICE FOR FURTHER INVESTIGATION** |

   Mr. Ubaid-Allah has filed a "motion and affidavit" pursuant 18 U.S.C. § 3742(a)(3).  That statute permits a defendant to appeal a sentence in excess of the statutory maximum.

   In December 1982, Mr. Ubaid-Allah was sentenced in this district to 25 years imprisonment for attempted armed bank robbery.  ECF No. 3.  The time for appealing that sentence has long since expired.  See Fed. R. App. P. 4(b) (1982) (requiring any notice of appeal by a criminal defendant to be filed "within 10 days after the entry of the judgment or order appealed from").  Defendant's motion is therefore DENIED.

   In light of the fact that Mr. Ubaid-Allah appears to be

1

serving time on a 25-year sentence almost 35 years after it was imposed, the Court appoints the Office of the Federal Defender to investigate whether Mr. Ubaid-Allah has a meritorious claim that could be brought in a petition for writ of habeas corpus by a federal prisoner pursuant to 28 U.S.C. § 2241. The Office of the Federal Defender shall file a status report with the Court within 60 days from the date of this order.

IT IS SO ORDERED.

Dated: January 30, 2018

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE