John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
ISMA'IL UBAID-ALLAH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISMA'IL UBAID-ALLAH,<br><br>Defendant. | No. 2:82-CR-9-JAM<br><br>**ORDER** |

In an order filed January 31, 2018, the Court appointed the Federal Defender to investigate and determine whether Mr. Ubaid-Allah may have a meritorious claim under 28 U.S.C. § 2241 in light of the fact that he appears to be serving time on a 25-year sentence almost 35 years after the sentence was imposed. Docket 10. The Court also ordered counsel to submit a status report within 60 days. Docket 10, at 2. Thereafter, the Court substituted in counsel John Balazs for the Federal Defender to respond to the Court's order.

Mr. Ubaid-Allah was sentenced for armed bank robbery in this district in 1982, before federal parole was abolished. (Parole was abolished for defendants convicted of federal offenses after November 1, 1987). Counsel contacted the Federal Defender for the District of Oklahoma for more information and records because that office appeared to have represented the defendant

in prior proceedings before the U.S. Parole Commission. *See* Docket 8, at 12. Counsel learned that in some cases the Parole Commission does not give a parolee credit for time spent after release on parole ("street time") towards service of sentence, if parole has been revoked and the parolee has been convicted of a new offense committed while on release on parole. *See* 28 C.F.R. § 2.52(c)(2) ("It is the Commission's interpretation of 18 U.S.C. § 4210(b)(2) that, if a parolee has been convicted of a new offense committed subsequent to his release on parole, which is punishable by any term of imprisonment, detention, or incarceration in any penal facility, forfeiture of time from the date of such release to the date of execution of the warrant is an automatic statutory penalty, and such time shall not be credited to the service of the sentence.").

Counsel is attempting to obtain the BOP sentence commutation sheet for Mr. Ubaid-Allah from either the Oklahoma Federal Defender's archived files or otherwise and requests an extension to April 30, 2018 to file a status report in response to the Court's 1/31/18 order.

Respectfully submitted,

Dated: March 29, 2018

/s/ John Balazs
John Balazs
Attorney for Defendant
ISMA'IL UBAID-ALLAH

**ORDER**

IT IS SO ORDERED.

Dated:   3/30/2018

/s/ John A. Mendez
JOHN A. MENDEZ
U.S. District Court Judge